■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL BOWERS, Appellant. [706 NYS2d 922] —Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.— Criminal Possession Controlled Substance, 4th Degree.) Present—Green, J. P., Pine, Wisner, Scudder and Lawton, JJ.